UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FATIMA JIMINEZ,

                              Plaintiff,

-v-

LA ROLA RESTAURANT INC, AND ROLANDO FELIX,

                              Defendants.

22 Civ. 8218 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 29, 2022, the Clerk of the Court issued certificates of default as to both defendants. Dkts. 14, 15. The Court was under the impression that the parties had moved for default judgment and filed a related order.

In recognition of the fact that the parties have not yet moved for default, the Court adjourns the deadlines scheduled in docket 16. If the plaintiff moves for a default judgment, the Court will issue a revised order.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 30, 2022
       New York, New York