**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
FATIMA JIMENEZ, *individually and on behalf of others similarly situated*,

              *Plaintiff*,

-against-

LA RESTAURANT, INC. (D/B/A LAR ROLA RESTAURANT) and ROLANDO FELIX,

              *Defendants.*
-------------------------------------------------------X

**1:22-cv-08218-PAE-SN**

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

## NOTICE OF MOTION

Please take notice that, upon the annexed declaration of Jarret Bodo, Esq., and attached exhibits, and the declarations of Plaintiff, and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants LA RESTAURANT, INC. (D/B/A LAR ROLA RESTAURANT) and ROLANDO FELIX.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York

    December 16, 2022                                        CSM LEGAL, P.C.

                                                       By:    */s/ Jarret T. Bodo*
                                                                Jarret T. Bodo
                                                                60 East 42nd Street, Suite 4510
                                                                New York, New York 10165
                                                                (212) 317-1200
                                                                *Attorneys for Plaintiffs*

To:

- 2 -

La Rola Restaurant, Inc. (d/b/a La Rola Restaurant)
400 East 198th Street
Bronx, NY 10458

Rolando Felix
400 East 198th Street
Bronx, NY 10458