UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FATIMA JIMENEZ, *individually and on behalf of others similarly situated*,

      *Plaintiff*,        1:22-cv-08218-PAE-SN

-against-            **DEFAULT JUDGMENT**

LA ROLA RESTAURANT, INC. (D/B/A LA ROLA RESTAURANT) and ROLANDO FELIX,

      *Defendants,*

-----------------------------------------------------------------X

  The summons and Complaint in this action having been duly served on the above-named Defendants LA ROLA RESTAURANT, INC. (D/B/A LA ROLA RESTAURANT), and ROLANDO FELIX, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed Affidavit in support of entry of default judgment, with exhibits thereto;

  NOW, on motion of by Order to Show Cause of CSM Legal, P.C., counsel for Plaintiff, it is hereby

  ORDERED, ADJUDGED, and DECREED that Plaintiff FATIMA JIMENEZ, has judgment of Defendants LA OLA RESTAURANT, INC. (D/B/A LA ROLA RESTAURANT) at 400 East 198th Street, Bronx, NY 10458; ROLANDO FELIX at 400 East 198th Street, Bronx, NY 10458, in the total amount of $306,772.12, which includes the total damages of $306,230.12, costs and disbursements totaling $542.00, and attorney fees to be allocated from the total judgment in the sum of $2,718.75, plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff has execution therefore.

- 2 -

Dated: New York, New York

    _____, 2022.

    _____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT COURT JUDGE