UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JIMENEZ, et al.,

                       **Plaintiffs,**

      -against-

LA LOLA RESTAURANT, INC., et al.,

                       **Defendants.**

-----------------------------------------------------------------X

22-CV-08218 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff is directed to serve a copy of its motion for default judgment and supporting documents, ECF Nos. 18, 19, and 20, as well as this order, on the last known address of Defendants. Plaintiff is directed to then file proof of service with the Court. Defendants are granted 30 days from the date of service to oppose the motion.

**SO ORDERED.**

                                      SARAH NETBURN
                                      United States Magistrate Judge

DATED:     December 22, 2022
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2022