UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FATIMA JIMINEZ,

                Plaintiff,                22 Civ. 8218 (PAE) (SN)

           -v-                                  ORDER

LA ROLA RESTAURANT, INC. and ROLANDO
FELIX,

                Defendants.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       On February 7, 2023, the parties filed a notice of voluntary dismissal in the above-captioned action. Dkt. 24. The Court directs the parties to file a joint letter, no later than February 21, 2023, confirming that the stipulation of voluntary dismissal by which the parties propose to dismiss the claims of plaintiffs, *see* Dkt. 24, is not part of a settlement that would require review by this Court, *see Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 811 (2d Cir. 2022). Specifically, the parties shall confirm that plaintiffs' dismissal was not secured by means of any payment, promise, or other benefit offered by defendant.

       SO ORDERED.

                                               *Paul A. Engelmayer*
                                               Paul A. Engelmayer
                                               United States District Judge

Dated: February 7, 2023
       New York, New York